AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of New York__ on the following

☐ Trademarks or  ☒ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:13-CV-0194 | DATE FILED<br>2/20/2013 | U.S. DISTRICT COURT<br>Northern District of New York |
|---|---|---|
| PLAINTIFF<br><br>AUTOMATED TRANSACTIONS LLC | | DEFENDANT<br><br>DANNEMORA FEDERAL CREDIT UNION |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,575,158 B2 | 8/18/2009 | Transaction Holding Ltd. LLC |
| 2 | US 7,597,248 B2 | 10/6/2009 | Same as above |
| 3 | US 7,600,677 B2 | 10/13/2009 | Same as above |
| 4 | US 7,699,220 B2 | 4/20/2010 | Same as above |
| 5 | US 7,571,850 B2 | 8/11/2009 | Same as above |

(cont'd on Pg. 2)

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

(cont'd from Pg. 1)

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| US 7,591,420 B2 | 9/22/2009 | Transaction Holding Ltd. LLC |
| US 7,597,251 B2 | 10/6/2009 | Same as above |
| US 7,617,973 B2 | 11/17/2009 | Same as above |
| US 7,621,444 B2 | 11/24/2009 | Same as above |
| US 7,793,830 B2 | 9/14/2010 | Same as above |
| US 7,802,718 B2 | 9/28/2010 | Same as above |
| US 7,837,101 B2 | 11/23/2010 | Same as above |